## STATE OF CONNECTICUT *v.* JAVIER L. SAEZ

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 295 (AC 28209), is denied.

NORCOTT and KATZ, Js., did not participate in the consideration of or decision on this petition.

*Suzanne Z. Curtis*, assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 9, 2009

## STATE OF CONNECTICUT *v.* JOSEPH CHIMENTI

The defendant's petition for certification for appeal from the Appellate Court, 115 Conn. App. 207 (AC 28535), is denied.

VERTEFEUILLE and McLACHLAN, Js., did not participate in the consideration of or decision on this petition.

*Richard E. Condon, Jr.*, senior assistant public defender, in support of the petition.

*Timothy J. Sugrue*, senior assistant state's attorney, in opposition.

Decided September 9, 2009

## STATE OF CONNECTICUT *v.* TRICIA LYNNE COCCOMO

The petition by the state of Connecticut for certification for appeal from the Appellate Court, 115 Conn.